IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLESSE USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1316 GMS |
| SEAN COMBS and | ) |
| SEAN JOHN CLOTHING, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Steven L. Caponi of the law firm of Blank Rome LLP substitutes his appearance for Mary B. Matterer now of the law firm of Morris, James, Hitchens & Williams LLP on behalf of Plaintiff Ellesse USA, Inc.

Dated: March 9, 2005

| | |
|---|---|
| _/s/ Steven L. Caponi_ | _/s/ Mary B. Matterer_ |
| Steven L. Caponi (#3484) | Mary B. Matterer (#2696) |
| BLANK ROME LLP | MORRIS, JAMES, HITCHENS & |
| 1201 Market Street, Suite 800 | WILLIAMS LLP |
| Wilmington, Delaware 19801 | 222 Delaware Avenue, 10th Floor |
| 302.425.6400 | Wilmington, Delaware 19801 |
| caponi@blankrome.com | 302.888.6800 |
| | mmatterer@morrisjames.com |

121314.00601/40151426v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SUBSTITUTION OF COUNSEL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Sean J. Bellew, Esq.
David A. Felice, Esq.
COZEN O'CONNOR
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Additionally, I hereby certify that on the 9th day of March, 2005, the foregoing document was served via facsimile on the following non-registered participant:

Jonathan D. Davis, Esq.
JONATHAN D. DAVIS, P.C.
99 Park Avenue, Suite 1600
New York, NY 10016-1503
Fax 212.557.0565

                                                                         /s/ *Steven L. Caponi*
                                                          Steven L. Caponi (#3484)
                                                          BLANK ROME LLP
                                                          1201 Market Street, Suite 800
                                                          Wilmington, Delaware 19801
                                                          302.425.6400
                                                          caponi@blankrome.com

                                                          Attorneys for Plaintiff
                                                          Ellesse USA, Inc.