IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLESSE USA, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 04-1316 GMS |
| ) | |
| v. ) | |
| ) | |
| SEAN COMBS and SEAN JOHN ) | |
| CLOTHING, INC., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on this 11th day of March, 2005, I did cause two true and correct copies of *Defendants Sean Combs and Sean John Clothing, LLC's Responses to Plaintiff's First Requests for Admissions, Defendants Sean Combs and Sean John Clothing, Inc.'s Responses to Plaintiff's First Set of Requests for Documents*, and *Defendants Sean Combs and Sean John Clothing, Inc.'s Responses to Plaintiff's First Set of Interrogatories* to be served upon the following parties via the manners indicated below:

| **Via Hand Delivery** | **Via First Class Mail** |
|---|---|
| Steven Caponi, Esquire | Timothy D. Pecsenye, Esquire |
| Blank Rome LLP | Emily J. Barnhart, Esquire |
| Chase Manhattan Centre | Jennifer L. Miller, Esquire |
| 1201 Market Street, Suite 800 | Blank Rome, LLP |
| Wilmington, DE 19801 | One Logan Square |
| | Philadelphia, PA 19103 |

Dated: March 11, 2005

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)

WILM1\29519\1 158823.000