IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLESSE USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1316-GMS |
| | ) | |
| SEAN COMBS and SEAN JOHN CLOTHING, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that on a copy of a Notice of Deposition Pursuant to Rule 3(b)(6) was served on counsel for Plaintiff on March 23, 2005, calling for its deposition upon oral examination on April 4, 2005, beginning at 10:00 a.m., at 99 Park Avenue, Suite 1600, New York, New York.

Dated: March 23, 2005

                                                 _/s/ David A. Felice_
                                                 Sean J. Bellew (#4072)
                                                 David A. Felice (#4090)
                                                 Cozen O'Connor
                                                 Chase Manhattan Centre
                                                 1201 N. Market Street, Suite 1400
                                                 Wilmington, Delaware 19801
                                                 (302) 295-2000
                                                   *Attorneys for Defendants*

Of Counsel:
Jonathan D. Davis
99 Park Avenue, Suite 1600
New York, NY 10016-1503
(212) 687-5464