## **CERTIFICATE OF SERVICE**

I, David A. Felice, do hereby certify that on March 23, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Steven L. Caponi, Esquire
>Blank Rome LLP
>Chase Manhattan Centre, Suite 800
>1201 North Market Street
>Wilmington, DE  19801

>*/s/ David A. Felice*
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE  19801
>Telephone:  (302) 295-2000
>Facsimile:  (302) 295-2013
>E-mail: dfelice@cozen.com