IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
Ellesse USA, Inc.                                              :
:
      Plaintiff,                   :   C.A. No. 04-1316 GMS
:
v.                                                             :
:   JURY TRIAL DEMANDED
Sean Combs and                                                 :
Sean John Clothing, Inc.,                                      :
:
      Defendants.                  :
:
---------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 24th day of March, 2005, copies of the following documents were served on counsel as indicated:

(1)     PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES;

(2)     PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUESTS FOR DOCUMENTS; and

(3)     PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUESTS FOR ADMISSION.

| BY U.S. FIRST CLASS MAIL | BY U.S. FIRST CLASS MAIL |
|---|---|
| Sean J. Bellow, Esquire | Jonathan D. Davis, Esquire |
| David A. Felice, Esquire | Jonathan D. Davis, P.C. |
| COZEN O'CONNOR | 99 Park Avenue, Suite 1600 |
| Chase Manhattan Centre | New York, NY 10016-1503 |
| 1201 North Market Street, Suite 1400 | |
| Wilmington, DE 19801 | |

Dated: March 30, 2005        By:    _____
Steven L. Caponi (I.D. No. 3484)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

Attorneys for Plaintiff,
Ellesse USA, Inc.

Of Counsel:
Timothy D. Pecsenye, Esquire
Emily J. Barnhart, Esquire
Jennifer L. Miller, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, Pennsylvania 19103
(215) 569-5619

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Sean J. Bellew, Esq.
David A. Felice, Esq.
COZEN O'CONNOR
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE  19801

Additionally, I hereby certify that on the 30th day of March, 2005, the foregoing document was served via facsimile on the following non-registered participant:

Jonathan D. Davis, Esq.
JONATHAN D. DAVIS, P.C.
99 Park Avenue, Suite 1600
New York, NY  10016-1503
Fax 212.557.0565

_____
Steven L. Caponi (#3484)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
302.425.6400
caponi@blankrome.com

Attorneys for Plaintiff
Ellesse USA, Inc.