**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------x
ELLESSE USA, Inc.                         :
                                          :
            Plaintiff,                    :        C.A. No. 04-1316 GMS
                                          :
      v.                                  :
                                          :
SEAN COMBS and                            :
SEAN JOHN CLOTHING, INC.,                 :
                                          :
            Defendants.                   :
------------------------------------------------x
```

**NOTICE OF DEPOSITION UPON ORAL EXAMINATION**

To:   Jonathan D. Davis, Esquire          Sean J. Bellow, Esquire
      Jonathan D. Davis, P.C.             David A. Felice, Esquire
      99 Park Avenue, Suite 1600          Cozen O'Connor
      New York, NY 10016-1503             1201 N. Market Street, Suite 1400
                                          Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure,

Plaintiff Ellesse USA, Inc., by its counsel, will take the deposition of *Sean Combs* by oral examination,

before a Court Reporter. The deposition will take place at the offices of Blank Rome LLP, The Chrysler

Building, 405 Lexington Avenue, New York, New York 10174, at *10:00 a.m. on May 4, 2005*, or such

other time as agreed upon by counsel. The deposition will take place before an officer authorized to

administer oaths and will continue from day-to-day until completed. You are invited to attend and

participate.

                                          BLANK ROME LLP

Dated:  April 13, 2005                    By:_____
                                              Steven L. Caponi (#3484)
                                              1201 Market Street, Suite 800
                                              Wilmington, DE 19801
                                              (302) 425-6400
                                              Attorneys for Plaintiff

Of Counsel:
Timothy D. Pecsenye, Esquire
Emily J. Barnhart, Esquire
Jennifer L. Miller, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, Pennsylvania 19103
(215) 569-5619

121314.00601/11422478v1

## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 13th day of April, 2005, a true and correct copy of this NOTICE OF DEPOSITION UPON ORAL EXAMINATION was served upon the below listed attorneys for defendants electronically and by facsimile:

Sean J. Bellow, Esquire
David A. Felice, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Facsimile: (302) 295-2013

Jonathan D. Davis, Esquire
Jonathan D. Davis, P.C.
99 Park Avenue, Suite 1600
New York, NY 10016-1503
Facsimile: (212) 557-0565

_____
Steven L. Caponi (DSBA No. 3484)