

*Phone:* *(302) 425-6408*
*Fax:* *(302) 425-6464*
*Email:* *caponi@blankrome.com*

May 2, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    Ellesse USA Inc. v. Combs, et al.
                 D. Del. C.A. No. 04-1316 (GMS)

Dear Judge Sleet:

      In preparation for the discovery teleconference scheduled for Wednesday, May 4, 2005 at 2:00 p.m., please find below a list of issues to be raised by Ellesse USA, Inc.:

      1.    Ellesse requests that Sean Combs and Sean John Clothing, Inc. (the "Defendants") produce documents in response to Ellesse's discovery requests. On February 4, 2005, Ellesse issued document requests related to the Defendants' sales, profits and infringement. On March 11, 2005, Defendants produced written responses, but have not produced documents or articulated a basis for the failure to produce documents.

      2.    Ellesse requests that Defendants provide a detailed written response to Ellesse's March 21, 2005 discovery deficiency letter. On March 21, 2005, Ellesse issued a discovery deficiency letter raising specific deficiencies in Defendants' written discovery responses. Despite subsequent requests, Defendants have failed to respond to the deficiency letter or to indicate when a response will be forthcoming.

      3.    Ellesse issued depositions notices for a 30(b)(6) witness on March 18, 2005 and for Defendant Sean Combs on April 11, 2005. Defendants have refused to produce Sean Combs for a deposition. On the morning of May 2, 2005 Defendants offered to produce a 30(b)(6) witness for a deposition to be scheduled between May 5-6, but have not agreed to produce documents prior to the deposition.

                                                                      Respectfully submitted,

                                                                       Steven L. Caponi

SLC/rst
cc:    Sean Bellew, Esquire
        Timothy Pecsenye, Esquire
        Clerk of the Court