IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
ELLESSE USA, Inc.                          :
                                           :
         Plaintiff,                        :    C.A. No. 04-1316 GMS
  v.                                       :
                                           :
SEAN COMBS and                             :
SEAN JOHN CLOTHING, INC.,                  :
                                           :
         Defendants.                       :
------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ellesse USA, Inc. and Defendants Sean Combs and Sean John Clothing, Inc. (collectively "Defendants"), having settled amicably the dispute between them, through counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and jointly agree that all claims in this action are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs incurred.

This Stipulation terminates and otherwise brings to a close all issues pending before the Court in Civil Action No. 04-1316.

_____          _____
Steven L. Caponi, Esquire (I.D. No. 3484)  Sean J. Bellew, Esquire (I.D. No. 4072)
BLANK ROME LLP                             David A. Felice, Esquire (I.D. No. 4090)
Chase Manhattan Centre                     COZEN O'CONNOR
1201 Market Street, Suite 800              Chase Manhattan Centre
Wilmington, DE 19801                       1201 North Market Street, Suite 1400
(302) 425-6400                             Wilmington, DE 19801
                                           (302) 295-2026
Of Counsel:
Timothy D. Pecsenye, Esquire               Of Counsel:
Emily J. Barnhart, Esquire                 Jonathan D. Davis, Esquire
Jennifer L. Miller, Esquire                99 Park Avenue, Suite 1600
BLANK ROME LLP                             New York, NY 10016
One Logan Square
Philadelphia, Pennsylvania 19103           Attorneys for Defendants
(215) 569-5619
                                           Dated: 7/28/05
Attorneys for Plaintiff

Dated: 7-25-05